**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-00141 | | Trustee Name: | Laura J. Genovich |
|---|---|---|---|---|
| Case Name: | BRINKMEYER, SCOTT S. AND BRINKMEYER, CAROL B. | | Date Filed (f) or Converted (c): | 01/14/2016 (f) |
| For the Period Ending: | 06/30/2018 | | §341(a) Meeting Date: | 02/26/2016 |
| | | | Claims Bar Date: | 07/12/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| Ref. # | | | | | | |
| 1 | Misc. household goods and furnishings (no single item worth over $575.00) | $4,000.00 | $0.00 | | $0.00 | FA |
| 2 | 3 TVs, 2 cell phones, 2 laptops, 1 iPad, 2 DVD players, and stereo system | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Art prints and wooden boat displays | $600.00 | $0.00 | | $0.00 | FA |
| 4 | 2 Golf club sets , 2 sets of skis, 5 pairs of snow shoes, and tennis racquets | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. clothing | $600.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. clothing | $600.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding rings, watches, earrings, necklaces, bracelets and misc. costume jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Cash | $50.00 | $0.00 | | $0.00 | FA |
| 9 | Checking: Fidelity | $200.00 | $0.00 | | $0.00 | FA |
| 10 | Checking: Fidelity | $159.00 | $0.00 | | $0.00 | FA |
| 11 | Checking: JPMorgan Chase | $2,633.00 | $0.00 | | $0.00 | FA |
| 12 | IRA: Fidelity [*4126] | $38,805.00 | $0.00 | | $0.00 | FA |
| 13 | IRA: Fidelity [*3185] | $8,001.00 | $0.00 | | $0.00 | FA |
| 14 | IRA: Fidelity [*8406] | $6,089.00 | $0.00 | | $0.00 | FA |
| 15 | Anticipated 2015 Tax Refunds - Debtors do not anticipate any refunds; Debtors expect to owe | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 2008 Lexus ES 100,000 MILES | $9,000.00 | $0.00 | | $0.00 | FA |
| 17 | 2007 BMW X5 135,000 MILES | $8,500.00 | $8,500.00 | | $0.00 | FA |
| 18 | 2005 GEM E4 golf cart | $500.00 | $250.00 | | $0.00 | FA |
| 19 | Checking: Fidelity Cash Management Account - no balance | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Share of lawsuit proceeds from pending U.S. District Court case being handled by Mika, Meyers, Beckett & Jones (debtor husband's employer) [case is on appeal to 6th Cir.] | Unknown | $4,851.50 | | $0.00 | $10,000.00 |
| 21 | Term Life Insurance Policy: Lincoln Financial Group - no cash value Wife: Carol Brinkmeyer | $0.00 | $0.00 | | $0.00 | FA |
| | **SUBTOTALS** | $0.00 | $0.00 | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 16-00141 | **Trustee Name:** | Laura J. Genovich |
| **Case Name:** | BRINKMEYER, SCOTT S. AND BRINKMEYER, CAROL B. | **Date Filed (f) or Converted (c):** | 01/14/2016 (f) |
| **For the Period Ending:** | 06/30/2018 | **§341(a) Meeting Date:** | 02/26/2016 |
| | | **Claims Bar Date:** | 07/12/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 22 | 6756 Cottage Ct. Petoskey, MI - 49770-0000 Emmet County | $250,000.00 | $0.00 | | $0.00 | FA |

|  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | |
| $331,437.00 | $13,601.50 | $0.00 | $10,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/26/2018 | 07/26/2018: Will need tax returns - employ Andy Mitchell |
| 07/20/2018 | 07/24/2018: Send Forms 1 and 2 to Andy Mitchell to review for tax return. JY |
| 07/20/2018 | 07/13/2018: Got $$ from Mika Myers. |
| 07/12/2018 | 07/12/2018: Employ FSCS |
| 07/10/2018 | heard from debtor re amount of settlement funds he is to receive |
| 07/10/2018 | Mika Myers attorney e-mailed that they are ready to send out the settlement proceeds to the bankruptcy estate |
| 06/19/2018 | 06/12/2018: Send email to Debtor's attorney requesting update. JY |
| 12/22/2017 | 12/22/2017: Send email to Ryan Beach requesting update.  (PER CLIENT: NO UPDATE ON LAWSUIT). |
| 06/08/2017 | 06/08/2017: Telephone call and email to Ryan Beach regarding status.  JY |
| 10/21/2016 | 10/21/2016: Send follow up to attorney Beach. |
| 04/08/2016 | 04/08/2016: Filed Form 1 and NPD.  JY |
| 04/08/2016 | 04/08/2016: Email to DA requesting he keep us apprised of status of lawsuit, keeping case open.  JY |
| 02/26/2016 | MONITOR FEDERAL LAWSUIT.  LJG |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 01/14/2019 | /s/ LAURA J. GENOVICH |
| **Current Projected Date Of Final Report (TFR):** | 01/14/2019 | LAURA J. GENOVICH |