**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 16-00141 | | Trustee Name: | Laura J. Genovich |
| Case Name: | BRINKMEYER, SCOTT S. AND BRINKMEYER, CAROL B. | | Date Filed (f) or Converted (c): | 01/14/2016 (f) |
| For the Period Ending: | 12/31/2018 | | §341(a) Meeting Date: | 02/26/2016 |
| | | | Claims Bar Date: | 07/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| **Ref. #** | | | | | |
| 1  Misc. household goods and furnishings (no single item worth over $575.00) | $4,000.00 | $0.00 | | $0.00 | FA |
| 2  3 TVs, 2 cell phones, 2 laptops, 1 iPad, 2 DVD players, and stereo system | $500.00 | $0.00 | | $0.00 | FA |
| 3  Art prints and wooden boat displays | $600.00 | $0.00 | | $0.00 | FA |
| 4  2 Golf club sets , 2 sets of skis, 5 pairs of snow shoes, and tennis racquets | $200.00 | $0.00 | | $0.00 | FA |
| 5  Misc. clothing | $600.00 | $0.00 | | $0.00 | FA |
| 6  Misc. clothing | $600.00 | $0.00 | | $0.00 | FA |
| 7  Wedding rings, watches, earrings, necklaces, bracelets and misc. costume jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 9  Checking: Fidelity | $200.00 | $0.00 | | $0.00 | FA |
| 10  Checking: Fidelity | $159.00 | $0.00 | | $0.00 | FA |
| 11  Checking: JPMorgan Chase | $2,633.00 | $0.00 | | $0.00 | FA |
| 12  IRA: Fidelity [*4126] | $38,805.00 | $0.00 | | $0.00 | FA |
| 13  IRA: Fidelity [*3185] | $8,001.00 | $0.00 | | $0.00 | FA |
| 14  IRA: Fidelity [*8406] | $6,089.00 | $0.00 | | $0.00 | FA |
| 15  Anticipated 2015 Tax Refunds - Debtors do not anticipate any refunds; Debtors expect to owe | $0.00 | $0.00 | | $0.00 | FA |
| 16  2008 Lexus ES 100,000 MILES | $9,000.00 | $0.00 | | $0.00 | FA |
| 17  2007 BMW X5 135,000 MILES | $8,500.00 | $8,500.00 | | $0.00 | FA |
| 18  2005 GEM E4 golf cart | $500.00 | $250.00 | | $0.00 | FA |
| 19  Checking: Fidelity Cash Management Account - no balance | $0.00 | $0.00 | | $0.00 | FA |
| 20  Share of lawsuit proceeds from pending U.S. District Court case being handled by Mika, Meyers, Beckett & Jones (debtor husband's employer) [case is on appeal to 6th Cir.] | Unknown | $4,851.50 | | $69,055.00 | FA |
| 21  Term Life Insurance Policy: Lincoln Financial Group - no cash value Wife: Carol Brinkmeyer | $0.00 | $0.00 | | $0.00 | FA |
| | | **SUBTOTALS** | | $0.00 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 16-00141 | Trustee Name: | Laura J. Genovich |
|---|---|---|---|
| Case Name: | BRINKMEYER, SCOTT S. AND BRINKMEYER, CAROL B. | Date Filed (f) or Converted (c): | 01/14/2016 (f) |
| For the Period Ending: | 12/31/2018 | §341(a) Meeting Date: | 02/26/2016 |
| | | Claims Bar Date: | 07/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 22  6756 Cottage Ct. Petoskey, MI - 49770-0000 Emmet County | $250,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $331,437.00 | $13,601.50 | | $69,055.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/10/2019 | 01/10/2019: Prepare motion to allow payment of IRS and State taxes due. JY |
| 12/06/2018 | 12/06/2018: Andy Mitchell to send 1099 to debtor for exempt monies paid. JY |
| 12/06/2018 | 12/06/2018: Approx. $20k additional funds to be paid soon. |
| 07/26/2018 | 07/26/2018: Will need tax returns - employ Andy Mitchell |
| 07/20/2018 | 07/24/2018: Send Forms 1 and 2 to Andy Mitchell to review for tax return. JY |
| 07/20/2018 | 07/13/2018: Got $$ from Mika Myers. |
| 07/12/2018 | 07/12/2018: Employ FSCS |
| 07/10/2018 | heard from debtor re amount of settlement funds he is to receive |
| 07/10/2018 | Mika Myers attorney e-mailed that they are ready to send out the settlement proceeds to the bankruptcy estate |
| 06/19/2018 | 06/12/2018: Send email to Debtor's attorney requesting update. JY |
| 12/22/2017 | 12/22/2017: Send email to Ryan Beach requesting update. (PER CLIENT: NO UPDATE ON LAWSUIT). |
| 06/08/2017 | 06/08/2017: Telephone call and email to Ryan Beach regarding status. JY |
| 10/21/2016 | 10/21/2016: Send follow up to attorney Beach. |
| 04/08/2016 | 04/08/2016: Filed Form 1 and NPD. JY |
| 04/08/2016 | 04/08/2016: Email to DA requesting he keep us apprised of status of lawsuit, keeping case open. JY |
| 02/26/2016 | MONITOR FEDERAL LAWSUIT. LJG |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | /s/ LAURA J. GENOVICH | |
| Current Projected Date Of Final Report (TFR): | 12/31/2019 | LAURA J. GENOVICH | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** | 16-00141 | |
| **Case Name:** | BRINKMEYER, SCOTT S. AND BRINKMEYER, CAROL B. | |
| **Primary Taxpayer ID #:** | **-***1895 | |
| **Co-Debtor Taxpayer ID #:** | **-***1896 | |
| **For Period Beginning:** | 07/01/2018 | |
| **For Period Ending:** | 12/31/2018 | |

| | |
|---|---|
| **Trustee Name:** | Laura J. Genovich |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0265 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2018 | (20) | MIKA MEYERS BECKETT & JONES | DEBTOR'S SHARE OF PROCEEDS FROM PRIOR EMPLOYER/LAW FIRM | 1149-000 | $48,144.00 | | $48,144.00 |
| 07/17/2018 | 1001 | Scott S. Brinkmeyer | Debtor's exempted portion of lawsuit proceeds | 8100-002 | | $5,148.50 | $42,995.50 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $53.28 | $42,942.22 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $69.30 | $42,872.92 |
| 12/12/2018 | (20) | MIKA MEYERS BECKETT & JONES | DEBTOR'S SHARE OF PROCEEDS FROM PRIOR EMPLOYER/LAW FIRM | 1149-000 | $20,911.00 | | $63,783.92 |
| | | | **TOTALS:** | | $69,055.00 | $5,271.08 | $63,783.92 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $69,055.00 | $5,271.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $5,148.50 | |
| | | | **Net** | | $69,055.00 | $122.58 | |

| For the period of 07/01/2018 to 12/31/2018 | | For the entire history of the account between 07/11/2018 to 12/31/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $69,055.00 | Total Compensable Receipts: | $69,055.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,055.00 | Total Comp/Non Comp Receipts: | $69,055.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $122.58 | Total Compensable Disbursements: | $122.58 |
| Total Non-Compensable Disbursements: | $5,148.50 | Total Non-Compensable Disbursement | $5,148.50 |
| Total Comp/Non Comp Disbursements: | $5,271.08 | Total Comp/Non Comp Disbursement | $5,271.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 16-00141 |
| Case Name: | BRINKMEYER, SCOTT S. AND BRINKMEYER, CAROL B. |
| Primary Taxpayer ID #: | **-***1895 |
| Co-Debtor Taxpayer ID #: | **-***1896 |
| For Period Beginning: | 07/01/2018 |
| For Period Ending: | 12/31/2018 |

| | |
|---|---|
| Trustee Name: | Laura J. Genovich |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0265 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | $69,055.00 | $5,271.08 | $63,783.92 |

**For the period of 07/01/2018 to 12/31/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $69,055.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,055.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $122.58 |
| Total Non-Compensable Disbursements: | $5,148.50 |
| Total Comp/Non Comp Disbursements: | $5,271.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/11/2018 to 12/31/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $69,055.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,055.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $122.58 |
| Total Non-Compensable Disbursements: | $5,148.50 |
| Total Comp/Non Comp Disbursements: | $5,271.08 |
| Total Internal/Transfer Disbursements: | $0.00 |