**Form CLKCERT** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Scott S. Brinkmeyer**<br>6756 Cottage Ct.<br>Petoskey, MI 49770<br>SSN: xxx–xx–7507<br>**Carol B. Brinkmeyer**<br>6756 Cottage Ct.<br>Petoskey, MI 49770<br>SSN: xxx–xx–0904<br><br>                                         **Debtors** | **Case Number 16–00141–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# CLERK'S CERTIFICATION OF NO UNPAID COSTS

TO:  U.S. TRUSTEE and
     Laura J. Genovich
     Chapter 7 Panel Trustee

The Clerk of the Court hereby certifies that on April 16, 2019 , the Trustee filed a Notification of Intent to File Final Report in the captioned case. As of this date and to the best of my knowledge, there are no unpaid court costs under 28 U.S.C. §1930(b).

Daniel M. LaVille
Clerk of Court

**Dated:** April 17, 2019